Thursday, January 12, 1989

## MOTION DOCKET

**88-1906.** Downing v. Downing. *Allen County,* No. 1-88-43. On motion for stay. Motion denied, effective January 11, 1989. Sweeney, J., dissents.

Friday, January 13, 1989

## MOTION DOCKET

**87-1886.** Cleveland Elec. Illum. Co. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 86-05-EL-EFC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for continuance of oral argument currently scheduled for February 8, 1989, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective January 12, 1989.

**88-30.** Urbana v. Downing. *Champaign County,* No. 87-CA-03. This cause is pending before the court as an appeal from the Court of Appeals for Champaign County and as an appeal as of right from said court. Upon consideration of appellants' motion for continuance of oral argument currently scheduled for February 14, 1989, IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective January 12, 1989.

**89-32.** State, ex rel. Community Mut. Ins. Co., v. Tenth District Court of Appeals. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion to withdraw motion for alternative writ of prohibition, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective January 12, 1989.

Wednesday, January 18, 1989

## MERIT DOCKET

**87-1924.** Weber v. Summit Cty. Bd. of Elections. *Summit County,* No. 13351. *Sua sponte,* cause dismissed as moot.

Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur. Moyer, C.J., dissents.

**88-650.** Parma v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-31-GAG-CR. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1274.** Parma v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-31-GAG-CR. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1316.** Rodman v. Seiter. In Habeas Corpus. On request for hearing on motion to show cause and on request for restraining order. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1637.** State, ex rel. Trapp, v. Tate. *Hamilton County,* Nos. C-880423 and C-860210. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1642.** State, ex rel. Coulverson, v. Ohio Adult Parole Auth. *Franklin County,* No. 87AP-658. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright and H. Brown, JJ., concur. Resnick, J., dissents.

**88-1714.** State, ex rel. Jenkins, v. Ohio Dept. of Rehabilitation & Correction. In Habeas Corpus. On request for findings of fact and conclusions of law. *Sua sponte,* cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1768.** State, ex rel. Mayle, v. Lawrence Cty. Municipal Court. In Mandamus. On answer of respondents. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**88-1986.** State, ex rel. Laguta, v. Summit Cty. Common Pleas Court. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.